UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 4:18CR805 HEA |
| ) | 4:12CR182 HEA |
| MICHELLE L. SMITH, ) | |
| ) | |
| Defendant. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion for Immediate Release. The Court has reviewed the Motion. The Motion will be granted, with the conditions stated herein.

**IT IS HEREBY ORDERED** that the Supplemental Motion for Relief Under the First Step Act is granted. The Bureau of Prisons is ordered to release Defendant immediately

**IT IS FURTHER ORDERED** that the Court imposed an additional term of supervised release, namely a period of home confinement until August 13, 2020 remains in effect. Such a period of home confinement would protect the public and

enable Defendant to make a smooth transition back to the community.

Dated this 6th   day of July, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE